UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSS OGLE, attorney-in-fact for ELVA CHOQUETTE,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANKERS LIFE & CASUALTY, CO., a foreign insurance corporation,<br><br>    Defendant. | NO. CV-06-0092-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is a Stipulation for Order of Dismissal (Ct. Rec. 24). Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the Plaintiff's complaints and the claims therein are Dismissed With Prejudice, without costs or attorneys fees to any party.

   The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, forward copies to counsel, and close this file.

   **DATED** this 1st day of November 2006.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1