AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RUSS OGLE, attorney-in-fact for
ELVA CHOQUETTE,

                Plaintiff,

v.

BANKERS LIFE & CASUALTY, CO.,
 a foreign insurance corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0092-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the stipulation of the parties, the Plaintiff's complaints and the claims therein are Dismissed With Prejudice, without costs or attorneys fees to any party.

November 1, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson